NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDRE GLOVASKI,                )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D19-2245
                                   )
ARETUSA GLOVASKI,                  )
                                   )
            Appellee.              )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for
Hillsborough County; Frances M.
Perrone, Judge.

Elaine L. Thompson, Brandon, for
Appellant.

No appearance by Appellee.


PER CURIAM.


            Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.